# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| ROSE M. NANNEY, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:12-cv-00124-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## ORDER

Plaintiff's voluntary Motion to Dismiss (Doc. No. 5) is GRANTED and this cause of action is DISMISSED without prejudice.

SO ORDERED this 28th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE