**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| ROSE M. NANNEY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:12-cv-00124-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

SO ORDERED this 28th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE